**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Leslie A. S. Godfrey, NV Bar No. 10229
lgodfrey@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiff
Chrome Hearts LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HOTTIE WORLD, INC., a Nevada Corporation; HYON SAN CHANG, an Individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01924-GMN-NJK<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii), plaintiff Chrome Hearts LLC ("Plaintiff") and defendants Hottie World, Inc. and Hyon San Chang ("Defendants") hereby stipulate to dismiss the above-captioned matter ("Matter") with prejudice, save for any action necessary to enforce the permanent injunction. *See* ECF No. 18.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Each Party shall bear its own attorneys' fees and costs incurred in connection with this
2  Matter.

3  **IT IS SO STIPULATED.**

4  Dated November 1, 2023.                    HONE LAW

6                                             _/s/ Leslie A. S. Godfrey_
                                              Eric D. Hone, NV Bar No. 8499
7                                             ehone@hone.law
                                              Leslie A. S. Godfrey, NV Bar No. 10229
8                                             lgodfrey@hone.law
                                              701 N. Green Valley Parkway, Suite 200
9                                             Henderson, NV 89074

10                                            *Attorneys for Plaintiff*
                                              *Chrome Hearts LLC*

12  Dated November 1, 2023,                   GEURTS LAW FIRM

13                                    By:     _/s/ Phillip Geurts_
                                              Phillip Geurts
14                                            17011 Beach Blvd, Suite 900
                                              Huntington Beach, CA 92647
15                                            Telephone: (714) 251-6694
                                              Email: alex@geurtslawfirm.com

                                              *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**  The Clerk of Court is instructed to close the case.

Dated this  2   day of November, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



| | |
|---|---|
| **From:** | Alex Lignell |
| **To:** | Kanani Gonzales |
| **Cc:** | Tara Currie; phil@geurtslawfirm.com |
| **Subject:** | Re: re: Chrome Hearts v. Hottie World - Stipulation for Dismissal (attached for approval) |
| **Date:** | Friday, October 27, 2023 10:59:05 AM |

Yes, please proceed.

On Fri, Oct 27, 2023 at 11:58 AM Kanani Gonzales <kgonzales@blakelylawgroup.com> wrote:

> Good Morning Counsel,
>
> I am just following up to my below email from yesterday asking for your permission to affix your e-signatures to the attached. Please reply confirming your receipt of this email and if we have your approval.
>
> We are anxious to get this filed in the case and appreciate your prompt attention and response to this matter. Thank you!
>
> Kind Regards,
>
> **KANANI GONZALES**
>
> Paralegal
>
> 
>
> 1334 Parkview Ave., Suite 280
>
> Manhattan Beach, California 90266
>
> Main Office:  310.546.7400
>
> www.blakelylawgroup.com
>
> *This email, including any attachments, may contain confidential and privileged information that is solely for the use of the intended recipient(s). If you received this email in error, please notify the sender immediately. Unauthorized use, disclosure, or copying of such information may violate state and federal law.*

**From:** Kanani Gonzales
**Sent:** Thursday, October 26, 2023 11:19 AM
**To:** alex@geurtslawfirm.com; phil@geurtslawfirm.com
**Cc:** Tara Currie <tcurrie@blakelylawgroup.com>
**Subject:** re: Chrome Hearts v. Hottie World - Stipulation for Dismissal (attached for approval)

Good morning Counsel,

Please find attached a *Stipulation for Dismissal of action with Prejudice* regarding the above referenced matter. We ask kindly for your review and approval to affix your E-signature before filing.

We appreciate your time and thank you in advance for your prompt reply to this matter.

Kind Regards,

**KANANI GONZALES**

Paralegal



1334 Parkview Ave., Suite 280

Manhattan Beach, California 90266

Main Office:  310.546.7400

www.blakelylawgroup.com

*This email, including any attachments, may contain confidential and privileged information that is solely for the use of the intended recipient(s). If you received this email in error, please notify the sender immediately. Unauthorized use, disclosure, or copying of such information may violate state and federal law.*